Jyotin Hamid (jhamid@debevoise.com)
Bethany A. Davis Noll (bdavisnoll@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Bharat Aluminium Company Limited,*
*Sterlite Industries (India) Limited,*
*Vedanta Resources plc, and Sterlite (USA), Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | |
|---|---|
| GLENCORE AG, | : |
| | : |
| Petitioner/Plaintiff, | : |
| | : |
| -against- | : 10 Civ. 5251 (SAS) (AJP) |
| | : ECF Case |
| BHARAT ALUMINIUM COMPANY LIMITED, | : |
| STERLITE INDUSTRIES (INDIA) LIMITED, | : |
| VEDANTA RESOURCES PLC, | : |
| AND STERLITE (USA), INC., | : |
| | : |
| Respondents/Defendants. | : |

-----------------------------------------------------------------------x

## STATEMENT OF BHARAT ALUMINIUM COMPANY LIMITED PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant Bharat Aluminium Company Limited ("Balco") certifies that (*i*) Balco is a majority-owned subsidiary of Sterlite Industries (India) Limited ("Sterlite-India"), which is publicly traded on the Bombay Stock Exchange, the National Stock Exchange of India and the New York Stock Exchange; (*ii*) Sterlite-India's majority-owned subsidiary, Hindustan Zinc Limited, is also publicly traded on the Bombay Stock Exchange and the National Stock

23239226v1

Exchange of India; (*iii*) Sterlite-India is a majority-owned indirect subsidiary of Vedanta Resources plc, which is publicly traded on the London Stock Exchange; and (*iv*) there are no other corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
July 28, 2010

        Respectfully submitted,

        DEBEVOISE & PLIMPTON LLP

        By:     /s/ Jyotin Hamid
              Jyotin Hamid
              (jhamid@debevoise.com)
              Bethany A. Davis Noll
              (badavisn@debevoise.com)
              919 Third Avenue
              New York, New York 10022
              (212) 909-6000