Jyotin Hamid (jhamid@debevoise.com)
Bethany A. Davis Noll (bdavisnoll@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Bharat Aluminium Company Limited,*
*Sterlite Industries (India) Limited,*
*Vedanta Resources plc, and Sterlite (USA), Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| GLENCORE AG, | : |
| | : |
| Petitioner/Plaintiff, | : |
| | :   10 Civ. 5251 (SAS) (AJP) |
| -against- | :   ECF Case |
| | : |
| BHARAT ALUMINIUM COMPANY LIMITED, | : |
| STERLITE INDUSTRIES (INDIA) LIMITED, | : |
| VEDANTA RESOURCES PLC, | : |
| AND STERLITE (USA), INC., | : |
| | : |
| Respondents/Defendants. | : |

------------------------------------------------------------------------x

## STATEMENT OF STERLITE (USA), INC. PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant Sterlite (USA), Inc. ("Sterlite-USA") certifies that (*i*) Sterlite-USA is a wholly-owned subsidiary of Sterlite Industries (India) Limited ("Sterlite-India"), which is publicly traded on the Bombay Stock Exchange, the National Stock Exchange of India and the New York Stock Exchange; (*ii*) Sterlite-India is a majority-owned indirect subsidiary of Vedanta Resources plc, which is publicly traded on the London Stock Exchange; (*iii*) Sterlite-India's majority-owned subsidiary, Hindustan Zinc Limited, is also publicly traded on the Bombay

23239233v1

Stock Exchange and the National Stock Exchange of India; and (*iv*) there are no other corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
July 28, 2010

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By:  /s/ Jyotin Hamid
Jyotin Hamid
(jhamid@debevoise.com)
Bethany A. Davis Noll
(badavisn@debevoise.com)
919 Third Avenue
New York, New York 10022
(212) 909-6000