Jyotin Hamid (jhamid@debevoise.com)
Bethany A. Davis Noll (bdavisnoll@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Bharat Aluminium Company Limited,*
*Sterlite Industries (India) Limited,*
*Vedanta Resources plc, and Sterlite (USA), Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| GLENCORE AG, | : |
| Petitioner/Plaintiff, | : |
| -against- | : 10 Civ. 5251 (SAS) (AJP) |
| | : ECF Case |
| BHARAT ALUMINIUM COMPANY LIMITED, | : |
| STERLITE INDUSTRIES (INDIA) LIMITED, | : |
| VEDANTA RESOURCES PLC, | : |
| AND STERLITE (USA), INC., | : |
| Respondents/Defendants. | : |

------------------------------------------------------------------------x

**STATEMENT OF VEDANTA RESOURCES PLC PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant Vedanta Resources Plc. ("Vedanta") certifies that (*i*) Vedanta is a publicly held company which is traded on the London Stock Exchange; (*ii*) defendant Sterlite Industries (India) Limited ("Sterlite-India"), which is publicly traded on the Bombay Stock Exchange, the National Stock Exchange of India and the New York Stock Exchange, is a majority-owned indirect subsidiary of Vedanta; (*iii*) Sterlite-India's majority-owned subsidiary, Hindustan Zinc Limited, is also publicly traded on the Bombay Stock Exchange and the National

23239266v1

Stock Exchange of India; and (*iv*) there are no other corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
July 28, 2010

                    Respectfully submitted,

                    DEBEVOISE & PLIMPTON LLP

By:      /s/ Jyotin Hamid
       Jyotin Hamid
       (jhamid@debevoise.com)
       Bethany A. Davis Noll
       (badavisn@debevoise.com)
       919 Third Avenue
       New York, New York 10022
       (212) 909-6000