# EATON & VAN WINKLE LLP

WEST PALM BEACH FLORIDA OFFICE
TELEPHONE: (561) 748-7740
FAX: (561) 744-8764

3 PARK AVENUE
NEW YORK, NEW YORK 10016

TELEPHONE: (212) 779-9910
FAX: (212) 779-9928

Alan Van Praag
Partner

Direct Dial: +1.212.561.3609
Email: avanpraag@evw.com

August 30, 2010

**VIA FACSIMILE: 212-805-7920**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/10

AUG 30 2010

RE: Glencore AG vs. Bharat Aluminum Company Limited, et al, 10 CIV 5251 (SAS) (AJP)

Dear Judge Scheindlin:

We represent the Plaintiff, Glencore AG in the above captioned matter. The Court directed Plaintiff to file and serve their reply papers to their motion for an ex parte order of attachment and their opposition papers to Defendant's motion to dismiss by September 1, 2010.

Delays and personal matters associated with the recent military deployment of Edward W Floyd to Africa have precluded him from finalizing the papers in this matter by September 1, 2010. Counsel for the Defendant has kindly agreed to extend the time for Plaintiff to file their papers until the close of business on September 7, 2010. Concomitantly, counsel for Defendant's reply to Plaintiff's opposition papers to their motion to dismiss has been agreed to be extended until September 21, 2010.

Accordingly, we respectfully ask the Court to endorse the agreement of counsel to extend the time for the service and filing of these papers.

Thank you for the Court's consideration in this matter.

Respectfully,

Alan Van Praag

cc: Jyotin Hamid
(jhamid@debevoise.com)
Bethany A. Davis Noll
bdavisnoll@debevoise.com

---

*[Handwritten endorsement:]* Plaintiff's request for an extension of time to serve/file their reply papers to their motion for an ex parte order of attachment is hereby granted - the reply is due by September 3rd 2010. Plaintiff's request for an extension of time to serve/file their opposition papers to Defendant's motion is hereby granted - the reply is due by September 10, 2010. SO ORDERED.

Shira A. Scheindlin
USDJ

No further extensions for any reason.

Date: 8/30/10